

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frances Cortez<br><br>                            **Plaintiff,**<br>                  V.<br><br>National Credit Adjusters, LLC; Does 1 through 100, inclusive<br><br>                            **Defendant.** | **Civil No.**  17cv2152-LAB(KSC)<br><br>**DEFAULT** |

    It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 10/19/2017 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: National Credit Adjusters, LLC

Entered On:  5/10/2018

                             **JOHN MORRILL, Clerk of Court**

                             By:  s/ R. Chapman

                                         R. Chapman, Deputy