UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS CORTEZ,<br><br>         Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC, et al.,<br><br>         Defendant. | Case No.: 17cv2152-LAB (KSC)<br><br>**ORDER VACATING ENTRY OF DEFAULT; AND**<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO SERVE** |

  The Court has twice ordered Plaintiff Francis Cortez to show cause why this action should not be dismissed: first for failure to prosecute, and later for failure to serve. (Docket nos. 5, 9.) After the first order was issued, Cortez filed a return of service and requested entry of default by the Clerk. The Clerk entered default as requested.

  The second order to show cause pointed out that instead of serving Defendant, whose principal place of business is in Hutchinson, Kansas, Cortez served Lynanne Gares, the Litigation Services Manager for Corporate Service Co. whose address is in Wilmington, Delaware. Other than claiming that Gares was a proper agent for service of process, the return of service said nothing about why Gares or Corporate Service Co. was a proper agent.

1

17cv2152-LAB (KSC)

Cortez has now filed a response (Docket no. 10) showing that her counsel has misunderstood California law. The response says Cortez's counsel looked on the California Secretary of State's website and saw that Corporation Service Company was Defendant's in-state agent for service of process. Accordingly, she arranged for service on Corporation Service Company, albeit at a Delaware address.

Under Cal. Corp. Code § 1502(b), corporations must designate an in-state agent for service of process. If the agent is itself a corporation, it is required to have complied with Cal. Corp. Code § 1505. This, in turn requires the corporate agent to provide the complete street address of its office or offices <u>in California</u> where it may be served with process, and the name of anyone there who is authorized to accept service. § 1505(a)(1)–(2).

The California Secretary of State's website lists Corporation Service Company, dba CSC – Lawyers Incorporating Service, as National Credit Adjusters' in-state agent for service of process. That page instructs anyone who wants to find the most current California registered corporate agent to click on the link leading to CSC's page, and then select the most current 1505 certificate. Clicking on that link takes one to the Corporation Service Company's page. Cortez's counsel should then have looked at the most recent 1505 certificate, as directed, which would have led to her to an address in Sacramento and a list of employees authorized to accept service (which does not include Lynanne Gares). Instead, it appears Cortez's counsel for some reason treated Corporation Service Company's headquarters in Delaware as the address where service was to be effected.

Because Cortez has never served National Credit Adjusters with process, the entry of default is **VACATED**. Cortez must serve National Credit Adjusters

/ / /

/ / /

/ / /

promptly, and file adequate proof of service by **June 14, 2018**. Otherwise, this action will be dismissed for failure to serve. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

Dated: June 6, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge