# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS CORTEZ,<br><br>                                  Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC, et al.,<br><br>                                  Defendant. | Case No.: 17cv2152-LAB (KSC)<br><br>**ORDER AMENDING ORDER VACATING ENTRY OF DEFAULT; AND**<br><br>**ORDER ACCEPTING LATE-FILED PROOF OF SERVICE** |

The Court issued an order to show cause re: dismissal for failure to serve. (Docket no. 12.) That order incorrectly cited Cal. Corp. Code § 1502 as requiring foreign limited liability companies doing business in California to designate in-state agents for service of process. In fact, the provision applicable to limited liability companies is § 17701.13(b) and (c). The effect is the same, however: Individuals designated as agents for service of process must live in California. Therefore, it should have been clear that an individual living in Delaware was not the correct designated agent. The Court's order to vacating the entry of default is therefore **DEEMED AMENDED** to include this correction.

/ / /

/ / /

Plaintiff has now filed proof of service. Although it was filed several days after the deadline the Court set, the Court will excuse this small error, in light of Plaintiff's continuing efforts to comply with the rules.

The return of service, although late, is therefore **ACCEPTED AS FILED**. This order does not prevent Defendant from challenging the sufficiency of service.

**IT IS SO ORDERED**.

Dated: June 18, 2018

_____
Hon. Larry Alan Burns
United States District Judge